ANGELINA P. ZUPPA, as Administratrix of the Estate of JOSEPH T. ZUPPA, Deceased, Respondent, *v.* CENTRAL HUDSON GAS & ELECTRIC CORPORATION, Appellant.

Argued May 15, 1951; decided May 24, 1951.

*James I. Cuff, George A. Garvey, Lillian E. Cuff* and *James I. McGuire* for appellant.

*Joseph A. McCabe* and *Stephen K. Bock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.